

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-23-00099-CV

_____

IN RE PLANET HOME LENDING LLC, Relator

---

Original Proceeding
141st District Court of Tarrant County, Texas
Trial Court No. 141-339575-23

---

Before Sudderth, C.J.; Birdwell and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered Real Party In Interest's Unopposed Motion to Dismiss Petition for Writ of Mandamus and is of the opinion that the motion should be granted. Accordingly, relator's petition for writ of mandamus is dismissed.

Per Curiam

Delivered: April 12, 2023